# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Compusearch Software Systems, Inc. ) ASBCA Nos. 58769, 58897
)
Under Contract No. FQ12166 )

APPEARANCES FOR THE APPELLANT: David S. Cohen, Esq.
John J. O'Brien, Esq.
Cohen Mohr, LLP
Washington, DC

APPEARANCES FOR THE AUTHORITY: Kathryn Pett, Esq.
General Counsel
Donald A. Laffert, Esq.
Associate General Counsel
Washington Metropolitan Area
Transit Authority

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 2 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58769 and 58897, Appeals of Compusearch Software Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals